# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**AMIR KAKI, M.D.**, *an individual,*
and **MAHIR ELDER, M.D.**, *an individual,*

    Plaintiffs,

vs.

**TENET HEALTHCARE CORPORATION**, *a foreign for-profit corporation*, **VHS, INC.**, *a foreign for-profit corporation*, **VHS OF MICHIGAN, INC**, *a foreign for-profit corporation*, d/b/a Detroit Medical Center ("DMC"), **VHS HARPER-HUTZEL HOSPITAL, INC.**, *a foreign for-profit corporation*, **VHS SINAI-GRACE HOSPITAL, INC.**, *a foreign for-profit corporation*, **VHS DETROIT RECEIVING HOSPITAL, INC.**, *a foreign for-profit corporation*, jointly and severally, Collectively DMC and/or TENET), and **DR. ANTHONY TEDESCHI**, President of VHS OF MICHIGAN and CEO of DMC, a*n individual*, **SCOTT STEINER**, CEO of HARPER UNIVERSITY HOSPITAL, DETROIT RECEIVING, AND HUTZEL HOSPITAL, *an individual*, **ERIC EVANS**, PRESIDENT OF TENET HOSPITAL OPERATIONS, *an individual*, **CONRAD MALLET**, CEO SINAI-GRACE HOSPITAL, *an individual*, and **JOHN LEVY**, JOINT CONFERENCE COMMITTEE CHAIR, *an individual*,

    Defendants.

Case No. _____

Hon. _____

_____

## **NOTICE OF REMOVAL**

***<u>There is a previously filed matter entitled Kaki/Elder v Tenet et al bearing Civil Action No. 19-10863 assigned to Sr. U.S. District Judge Hon. Arthur Tarnow that had been dismissed on October 9, 2019.</u>***

Defendants, each and everyone through their undersigned attorneys, give notice of removal of this action from the Circuit Court for the County of Wayne, where it is currently pending, to the United States District Court for the Eastern District of Michigan pursuant to 28 U.S.C. § 1441 *et seq.*, and state as follows:

1. This matter was first brought by Plaintiffs before this Court on March 25, 2019 by Plaintiffs filing a Complaint alleging claims including violations of the False Claims Act 31 U.S.C. § 3730 and the Fair Labor Standards Act 29 U.S.C. § 201 *et. seq.* along with other state law claims. Plaintiffs asserted this Court had jurisdiction pursuant to 28 U.S.C. §§ 1331 and 2601, and 29 U.S.C. § 794(a). The case was assigned to the Honorable Arthur Tarnow. **See Exhibit 1.**

2. On October 9, 2019, this Court granted in part Defendants' Motion to Dismiss the federal claims based upon the Plaintiffs having agreed to arbitrate the claims. The Court also dismissed the Plaintiffs' pending state law claims without prejudice declining to exercise supplemental jurisdiction under 28 U.S.C. §1367. **See Exhibit 2.**

3. On November 8, 2019, Plaintiffs again filed a lawsuit against Defendants in the Wayne County Circuit Court, State of Michigan, entitled *Amir Kaki, M.D. and Mahir Elder, M.D. v. Tenet Healthcare Corporation, VHS, Inc.,*

*VHS of Michigan, Inc, VHS Harper-Hutzel Hospital, Inc., VHS Sinai-Grace Hospital, Inc., VHS Detroit Receiving Hospital, Inc., Dr. Anthony Tedeschi, Scott Steiner, Eric Evans, Conrad Mallet, and John Levy,* Case No. 2019-014985-CD. Plaintiffs reasserted the state court claims previously dismissed.  In that Complaint, Plaintiffs allege that Defendants violated the Michigan Medicaid False Claims Act, Retaliatory Discharge in Violation of Public Policy, Retaliatory Removal Of Privleges In Violation Of Public Policy, False Light and violation of M.C.L. 423.501 *et. seq.*  **See Exhibit 3.**

4. The Complaint initiating the lawsuit was served upon Defendants on November 18, 2019.

5. On December 11, 2019, Defendants filed as their first responsive pleading, a motion for summary disposition seeking to dismiss the claims and compel Plaintiffs to arbitrate the claims consistent with a contractually agreed upon arbitration clause.  **See Exhibit 4.**

6. On December 11, 2019, at the last minute, Plaintiffs amended their complaint by right and included a claim under the federal False Claims Act 31 U.S.C. §3730.  A copy of the Amended Complaint is attached as **Exhibit 5**.

7. The matter became removable on December 11, 2019 with the filing of the Amended Complaint asserting a federal question.

8.      This Notice of Removal is filed within 30 days of Defendants' first receipt of the Amended Complaint raising federal question jurisdiction under 28 U.S.C. § 1331 and is therefore timely pursuant to 28 U.S.C. § 1446(b)(3).

9.      The Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331.

10.     This matter may be removed to the United States District Court for the Eastern District of Michigan pursuant to 28 U.S.C. § 1441(a).

11.     Notice of this Notice of Removal is being given to Wayne County Circuit Court and opposing counsel concurrent with the filing of this Notice of Removal pursuant to 28 U.S.C. § 1446(d).  **Exhibit 6**.

WHEREFORE, Defendants remove this action to the United States District Court for the Eastern District of Michigan.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, PLLC

s/ Thomas R. Paxton
THOMAS R. PAXTON (P36214)
SHARON RAE GROSS (P42514)
LORI KEEN ADAMCHESKI (P69674)
Attorneys for Defendants
34977 Woodward Avenue, Suite 300
Birmingham, MI 48009
T: (248) 593-6400; F: (248) 283-2925

Dated: January 2, 2020          thomas.paxton@ogletree.com

## CERTIFICATE OF SERVICE

     I hereby certify that on January 2, 2020, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system.  I further certify that I will serve a copy of such filing on Plaintiff via U.S. Postal Service first-class mail as follows:

    Deborah L. Gordon
    Deborah Gordon Law
    33 Bloomfield Hills Parkway, Suite 220
    Bloomfield Hills, MI 48304

                                         s/ Thomas R. Paxton
                                         THOMAS R. PAXTON (P36214)
                                         SHARON RAE GROSS (P42514)
                                         LORI KEEN ADAMCHESKI (P69674)
                                         Attorneys for Defendants
                                         34977 Woodward Avenue, Suite 300
                                         Birmingham, MI 48009
                                         T: (248) 593-6400
                                         F: (248) 283-2925
                                         thomas.paxton@ogletree.com
                                         rae.gross@ogletree.com
Dated: January 2, 2020              lori.adamcheski@ogletree.com

                                                                             41244954.2