UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**AMIR KAKI, M.D.**, *an individual,*
and **MAHIR ELDER, M.D.**, *an individual,*
    Plaintiffs,
vs.
**TENET HEALTHCARE CORPORATION**, *a foreign for-profit corporation*, **VHS, INC.**, *a foreign for-profit corporation*, **VHS OF MICHIGAN, INC**, *a foreign for-profit corporation*, d/b/a Detroit Medical Center ("DMC"), **VHS HARPER-HUTZEL HOSPITAL, INC.**, *a foreign for-profit corporation*, **VHS SINAI-GRACE HOSPITAL, INC.**, *a foreign for-profit corporation*, **VHS DETROIT RECEIVING HOSPITAL, INC.**, *a foreign for-profit corporation*, jointly and severally, Collectively DMC and/or TENET), and **DR. ANTHONY TEDESCHI**, President of VHS OF MICHIGAN and CEO of DMC, *an individual*, **SCOTT STEINER**, CEO of HARPER UNIVERSITY HOSPITAL, DETROIT RECEIVING, AND HUTZEL HOSPITAL, **CONRAD MALLET**, CEO SINAI-GRACE HOSPITAL, *an individual,* **JOHN LEVY**, JOINT CONFERENCE COMMITTEE CHAIR, *an individual,* and **JOHN HAAPANIEMI**, CHIEF OF STAFF and CHAIR OF THE MEDICAL EXECUTIVE COMMITTEE, *an individual,* **DR. MEHMET BAYRAM**, at HURON VALLEY-SINAI HOSPITAL, **SHAWN LEVITT**, Group Chief Nurse Executive, Chief Nursing Officer-Children's Hospital of Michigan/DMC/Tenet, **FRANK TORRE**, Chairman of the Board of Directors at DMC, **DR. RUDOLPH P. VALENTINI**, American Board of Pediatrics, DMC/Children's Hospital of Michigan, **ERICA WARD GERSON**, Chairman of the Board of

Case No.: 20-cv-10004
Hon. Arthur J. Tarnow
Magistrate Judge David Grand

**NOTICE OF APPEARANCE**

VHS Children's Hospital of Michigan, Inc.,
**ALAN WOODLIFF**, and **KEITH B. PITTS**,
Former Co-Vice Chairman, Tenet Healthcare
Corporation, *jointly and severally*,
    Defendants.

| | |
|---|---|
| DEBORAH L. GORDON (P27058)<br>ELIZABETH MARZOTTO TAYLOR (P82061)<br>Deborah Gordon Law<br>Attorneys for Plaintiffs<br>33 Bloomfield Hills Parkway, Suite 220<br>Bloomfield Hills, MI 48304<br>(248) 258-2500<br>dgordon@deborahgordonlaw.com | THOMAS R. PAXTON (P36214)<br>SHARON RAE GROSS (P42514)<br>LORI KEEN ADAMCHESKI (P69674)<br>Ogletree, Deakins, Nash, Smoak & Stewart, PLLC<br>Attorneys for Defendants<br>34977 Woodward Avenue, Suite 300<br>Birmingham, MI  48009<br>T: (248) 593-6400;<br>F: (248) 283-2925<br>thomas.paxton@ogletree.com<br>rae.gross@ogletree.com<br>lori.adamcheski@ogletree.com |

## **NOTICE OF APPEARANCE**

TO:   Clerk of the Court

     PLEASE ENTER THE APPEARANCE of Lori Keen Adamcheski as counsel for Defendants in the above-entitled cause of action.

                Respectfully submitted,

                OGLETREE, DEAKINS, NASH,
                SMOAK & STEWART, PLLC
                s/ Lori Keen Adamcheski
                LORI KEEN ADAMCHESKI (P69674)
                Attorneys for Defendants
                34977 Woodward Avenue, Suite 300
                Birmingham, MI 48009
                T: (248) 593-6400; F: (248) 283-2925

Dated: January 14, 2020        lori.adamcheski@ogletree.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 14, 2020, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

                                        s/ Lori Keen Adamcheski
                                        LORI KEEN ADAMCHESKI (P69674)

41432978.1