# INDEX OF EXHIBITS TO
# DEFENDANTS' MOTION TO SEAL THE ARBITRATION AWARD

A    Letter to Deborah Gordon dated December 31, 2020

B    ***CONFIDENTIAL – Intentionally Omitted***

C    Directorship Agreements

D    DMC Medical Staff Bylaws

E    ***CONFIDENTIAL – Intentionally Omitted***

F    ***CONFIDENTIAL – Intentionally Omitted***

G    Protective Order

H    Confidentiality Ruling, Arbitration Hearing Transcript, October 21, 2020

I    *Amerisure Mutual Ins. Co. v. Everest Reinsurance Co.*

J    ***CONFIDENTIAL – Intentionally Omitted***

45608602.2