# EXHIBIT A

# Ogletree Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PLLC**

*Attorneys at Law*

34977 Woodward Avenue, Suite 300
Birmingham, MI 48009
Telephone: 248.593.6400
Facsimile: 248.283-2925
www.ogletree.com

Thomas R. Paxton
248.723.6168
Thomas.Paxton@ogletree.com

December 31, 2020

**Via E-Mail & First-Class Mail**
Deborah L. Gordon
c/o Deborah Gordon Law
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, MI 48304

Re:   *Amir Kaki and Mahir Elder v. Tenet, et al.*
      JAMS Reference No. 1345001383

Dear Ms. Gordon:

Please accept my clients' concerns regarding the maintenance of the confidentiality of the specific terms of the arbitration, consistent with the terms of the agreements between Claimants and DMC entities, JAMS Comprehensive Arbitration Rules, state and federal statutes relating to arbitration and confidentiality of peer review information, and the Medical Staff Bylaws themselves regarding fair hearing process. While we consider the possibility of the resolution of this matter, we expect that the rules will be followed, to the extent possible, and observed during our negotiations.

The nature and terms of existence of an award must be maintained as confidential. The language of the contracts under which the matter was initially subjected to the arbitration process requires the parties to maintain the confidentiality of the arbitration. JAMS Comprehensive Rules Rule 26a pre-supposes that confidentiality be maintained during the enforcement of the award.

Additionally, the detailed and complex nature of the case and Justice Kelly's rationale apparently supporting that decision includes information that is statutorily protected from public disclosure by Michigan statutes regarding peer review information, HIPPA provisions, and specifically information that is protected by the DMC Medical Staff Bylaws themselves (revealing information about the Fair Hearing process) (Article XII, Section 4(D)).

The confidentiality of any award must be preserved even in the courts. 29 U.S.C. 657 provides for the submitting of that portion of any award under seal. (See also Local Rule 26.4.)

Tenet is committed to negotiating in good faith a resolution in light of Justice Kelly's award. However, it must be done consistent with the JAMS rules and the court rules regarding the arbitration process. I sincerely appreciate your consideration of my clients' concerns and we look

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

Deborah Gordon, Esq.
December 31, 2020
Page 2

forward to continuing our negotiations to finally resolve this matter in the most equitable and efficient manner.

          Sincerely,

          OGLETREE, DEAKINS, NASH,
          SMOAK & STEWART, PLLC

          Thomas R. Paxton

TRP/met

cc    Elizabeth A. Marzotto-Taylor
      Jaclyn E. Culler
      Benjamin Jeffers

45433363.1