UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**AMIR KAKI, M.D.**, *an individual,*
and **MAHIR ELDER, M.D.**, *an individual,*

    Plaintiffs,

vs.

**TENET HEALTHCARE CORPORATION**,
*et al.*

    Defendants.
_____/

Case No.: 20-cv-10004
Hon. Arthur J. Tarnow
Mag. David R. Grand

### INDEX OF EXHIBITS TO DEFENDANTS' MOTION TO VACATE ARBITRATION AWARD

| Exhibit | Description |
|---|---|
| 1. | Glossary of Terms |
| 2. | Cardiac Care Unit Directorship Agreement – Dr. Elder |
| 3. | Endovascular Medicine Directorship Agreement – Dr. Elder |
| 4. | Cardiac Catheterization Services Unit Directorship Agreement – Dr. Kaki |
| 5. | DMC Medical Staff Bylaws |
| 6. | Tenet Standards of Conduct |
| 7. | 12-11-2015 Email from O. Ali |
| 8. | 12-11-2015 Email from T. Mohamed |
| 9. | 01-24-17 Email from M. Amos |

| Exhibit | Description |
|---|---|
| 10. | 06-13-2017 Email from L. Parks |
| 11. | 09-17-2017 Email from C. Kramer |
| 12. | 10-06-2017 Email from J. Miller |
| 13. | 11-21-2017 Email from D. Gardi |
| 14. | 12-27-2017 Email from R. Claypool |
| 15. | 03-15-2018 Email from B. Yates |
| 16. | 03-21-2018 Email from J. Miller |
| 17. | 01-17-2018 Email from R. Claypool |
| 18. | 01-31-2018 CAP |
| 19. | Directorship Agreement Termination Letter – Dr. Kaki |
| 20. | Directorship Agreement Termination Letter – Dr. Elder |
| 21. | Transparency USA Data |
| 22. | Offer of Proof |
| 23. | 09-16-2020 Arbitration Transcript Excerpt |
| 24. | 09-17-2020 Arbitration Transcript Excerpt |
| 25. | 09-22-2020 Arbitration Transcript Excerpt |
| 26. | 09-24-2020 Arbitration Transcript Excerpt |
| 27. | 10-09-2020 Arbitration Transcript Excerpt |
| 28. | 10-15-2020 Arbitration Transcript Excerpt |
| 29. | 10-19-2020 Arbitration Transcript Excerpt |
| 30. | 10-22-2020 Arbitration Transcript Excerpt |

| Exhibit | Description |
|---|---|
| 31. | 10-23-2020 Arbitration Transcript Excerpt |
| 32. | Notice of Final Decision – Dr. Kaki* |
| 33. | Notice of Final Decision – Dr. Elder* |
| 34. | Arbitration Award* |
| 35. | Excerpts from Dr. Elder's Fair Hearing Transcript* |
| 36. | Excerpts from Dr. Elder Credentialing File Complaint Materials* |
| 37. | Open Payments Data – Dr. Kaki* |
| 38. | Open Payments Data – Dr. Elder* |
| 39. | Summary of Issues* |
| 40. | Reappointment Application – Dr. Kaki* |
| 41. | Reappointment Application – Dr. Elder* |
| 42. | Departmental Recommendation – Dr. Kaki* |
| 43. | Departmental Recommendation – Dr. Elder* |
| 44. | Credentials Committee Recommendation – Dr. Kaki* |
| 45. | Credentials Committee Recommendation – Dr. Elder* |
| 46. | MEC Recommendation – Dr. Kaki* |
| 47. | MEC Recommendation – Dr. Elder* |
| 48. | Initial Governing Body Decision – Dr. Kaki* |
| 49. | Initial Governing Body Decision – Dr. Elder* |
| 50. | Hearing Panel Recommendation – Dr. Kaki* |
| 51. | Hearing Panel Recommendation – Dr. Elder* |

| Exhibit | Description |
|---|---|
| 52. | MEC Reconsideration – Dr. Kaki* |
| 53. | MEC Reconsideration – Dr. Elder* |
| 54. | Ad Hoc Appeal Committee Recommendation – Dr. Kaki* |
| 55. | Ad Hoc Appeal Committee Recommendation – Dr. Elder* |
| 56. | Final Governing Board Decision – Dr. Kaki* |
| 57. | Final Governing Board Decision – Dr. Elder* |
| 58. | Letter from Cardiologists* |
| 59. | Initial Governing Body Notice of Decision and Right to Appeal – Dr. Kaki* |
| 60. | Initial Governing Body Notice of Decision and Right to Appeal – Dr. Elder* |
| 61. | Initial Governing Body Notice of Hearing – Dr. Kaki* |
| 62. | Initial Governing Body Notice of Hearing – Dr. Elder* |
| 63. | Expert Charts – Dr. Kaki* |
| 64. | Expert Charts – Dr. Elder* |
| 65. | Paranjpe Charts |
| 66. | Disclosure of Current Members of the JCC and Board |

* Subject to Defendants' pending Motion to Seal (ECF No. 14).