UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**AMIR KAKI, M.D.**, *an individual,*
and **MAHIR ELDER, M.D.**, *an individual,*

    Plaintiffs,

vs.

**TENET HEALTHCARE CORPORATION**,
*et al.*

    Defendants.

_____/

Case No.: 20-cv-10004
Hon. Arthur J. Tarnow
Mag. David R. Grand

## SATISFACTION OF ARBITRATION AWARD AS TO PLAINTIFF MAHIR ELDER, M.D.

On February 1, 2021, this Court entered its order confirming the Arbitration Award in favor of Plaintiffs and against Defendants in the above-entitled action. (ECF No. 40.) As to Dr. Elder, the award granted him $4,516,907 in money damages, $1,000,000 in exemplary damages, interest, and awarded attorney fees and costs to Plaintiffs jointly in the amount of $623,816.47 and $110,673.01, respectively. (ECF No. 30, PageID.1400-01.) Dr. Elder and the Defendants have reached a resolution, and Dr. Elder acknowledges that his share of said damages, interest, and the pro rata portion of costs (55.7% of the total, or $61,644.87) and attorney fees (55.7% of the total, or $347,465.78), has been satisfied. Accordingly,

Dr. Elder hereby releases this judgment and declares the Arbitration Award is satisfied as to him.

*/s/  Mohammed Abdrabboh (with consent)*

  Mohammed Abdrabboh
  MAF Law
  1360 Porter
  Dearborn, MI 48124
  313-582-5800
  mabdrabboh@hotmail.com

Attorney for Plaintiff-Appellee Dr. Mahir Elder        Dated: March 19, 2021