UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**AMIR KAKI, M.D.**, *an individual,*
and **MAHIR ELDER, M.D.**, *an individual,*

    Plaintiffs,

vs.

**TENET HEALTHCARE CORPORATION**,
*et al.*

    Defendants.
_____/

Case No.: 20-cv-10004
Hon. Arthur J. Tarnow
Mag. David R. Grand

## STIPULATION REGARDING SETTLMENT FUNDS

The parties to this Stipulation Regarding Settlement Funds, by and through their respective counsel, stipulate to the following:

1. Plaintiff, Mahir Elder, M.D., and the Defendants have reached a resolution regarding Dr. Elder's share of damages and pro rata costs pursuant to the Arbitration Award.

2. Although Elder and Defendants have reached a resolution, and Elder agrees that the Arbitration Award has been satisfied by Defendants, to date no funds have been disbursed from Defendants to Elder.

3. Elder and Defendants agree that Defendant, Tenet Healthcare Corporation, will hold and escrow in an amount exceeding the total amount of the

awarded costs ($110,673.01) plus thirty-eight percent (38%) of the settlement amount.

4. Elder and Defendants agree that the amount escrowed by Tenet will not be disbursed until the fee dispute between Elder and Deborah Gordon Law has been resolved or a court orders otherwise.

Dated:  March 22, 2021         */s/ Mohammed Abdrabboh (with permission)*
Mohammed Abdrabboh
MAF Law
Attorney for Plaintiff Mahir Elder, M.D.
1360 Porter
Dearborn, MI 48124
(313) 582-5800
mabdrabboh@hotmail.com

Dated:  March 22, 2021         */s/ Charles N. Ash, Jr.*
Charles N. Ash, Jr. (P55941)
Matthew T. Nelson (P64768)
Conor B. Dugan (P66901)
Warner Norcross + Judd LLP
Attorneys for Defendants
150 Ottawa Ave. N.W., Suite 1500
Grand Rapids, MI 49503
T: (616) 752-2000 | F: (616) 752-2500
cash@wnj.com
mnelson@wnj.com
conor.dugan@wnj.com

Thomas R. Paxton (P36214)
Jaclyn E. Culler (P83220)
Ogletree, Deakins, Nash,
Smoak & Stewart, PLLC
Attorneys for Defendants
34977 Woodward Avenue, Suite 300
Birmingham, MI 48009
T: (248) 593-6400 | F: (248) 283-2925
thomas.paxton@ogletree.com
jaclyn.culler@ogletree.com

>Benjamin W. Jeffers (P57161)
>Hickey Hauck Bishoff & Jeffers, PLLC
>Attorney for Defendants
>One Woodward Avenue, Suite 2000
>Detroit, MI 48226
>T: (313) 964-8600
>bjeffers@hhbjs.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 22, 2021, I electronically filed the foregoing pleading with the Clerk of the Court using the ECF filing system, which will send notification of such filing to all ECF participants.

>*/s/ Charles N. Ash, Jr.*