# EXHIBIT A

**From:** Mahir Elder, MD <mdelder@hotmail.com>
**Sent:** Tuesday, April 20, 2021 12:24 PM
**To:** Deborah Gordon <dgordon@debgordonlaw.com>; kmogill@bignet.net
**Cc:** Mo A <mabdrabboh@hotmail.com>; Elizabeth Marzotto Taylor <emt@debgordonlaw.com>
**Subject:** RE: 097111840694 satisfaction of judgement.pdf

Deb:

I understand from my counsel Mr. Mo Abdrabboh that you objected to having undisputed funds released to me today in front of Magistrate Rand. I request that the undisputed portion of my money be paid to Mahir Elder MDPC (consistent with my settlement agreement w/Tenet) or in **any manner** that Mr. Abdrabboh indicates including some or all of the money payable to his IOLTA account. Please do not complicate this any more than you and Mr. Mogill have already done. If anyone needs to reach me call me at 313-999-2222. As I have always stated in the past, Atty Mr. Mo Abdrabboh has full authority to dictate how and who the money is disbursed to. To be clear. You and Mr Mogill have intentional been delaying my undisputed funds belonging to me **for months**. You nor Mr Mogill are not authorized to influence or dictate were my undisputed funds go. This is none of your concern. Mr. Abdrabboh will send you proposed order that I trust you will **promptly** agree to given what I outlined above. Please avoid any further delays of my undisputed money that you acknowledge is mine.

**Mahir Elder, MD, FACC, FSCAI, FASNC, FAHA, FCCP, RPVI**
Clinical Professor of Medicine, WSU School of Medicine
Clinical Professor of Medicine, MSU - OS

"This message and its attachments are sent by a health care provider and may contain protected health information that is confidential and protected from disclosure by Public Law 104-191: Health Insurance Portability and Accountability Act of 1996. If you are not the intended recipient, you are prohibited from printing, copying, forward, or saving this message and/or its attachments. Please delete the message and its attachments without printing, copying, forwarding or saving them, and notify the sender immediately".