UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Dr. AMIR KAKI, M.D**., *an individual,*
and **Dr. MAHIR ELDER, M.D**.,
*an individual,*

    Plaintiffs,

vs.

**TENET HEALTHCARE CORPORATION**, *et. al.,*

    Defendants.

Case No: 20-cv-10004
Hon. Arthur J. Tarnow
Mag. David R. Grand

___

**DEBORAH GORDON LAW**
Deborah L. Gordon (P27058)
Elizabeth Marzotto Taylor (P82061)
Attorneys for Plaintiff Dr. Amir Kaki, M.D.
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com
emarzottotaylor@deborahgordonlaw.com

**WARNER NORCROSS AND JUDD LLP**
Matthew T. Nelson
Attorney for Defendants
1500 Warner Building
150 Ottawa Avenue, NW
Grand Rapids, Michigan 49503
(616) 752-2000
mnelson@wnj.com

**MAF LAW**
Mo Abdrabboh (P61989)
Attorney for Dr. Mahir Elder, M.D.
1360 Porter, Suite 200
Dearborn, Michigan 48124
(313) 582-5800
mabdrabboh@hotmail.com

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PLLC**
Thomas R. Paxton (P36214)
Sharon Rae Gross (P42514)
Jaclyn E. Culler (P83220)
Attorneys for Defendants
34977 Woodward Avenue, Suite 300
Birmingham, Michigan 48009
(248) 593-6400
thomas.paxton@ogletree.com
rae.gross@ogletree.com
jaclyn.culler@ogletree.com

**HICKEY HAUCK BISHOFF JEFFERS &SEABOLT, PLLC**
Benjamin W. Jeffers (P57161)
Attorney for Defendants
One Woodward Ave., Suite 2000
Detroit, Michigan 48226
(313) 964-8600
bjeffers@hhbjs.com

**MOGILL POSNER & COHEN**
Kenneth M. Mogill (P17865)
Attorney for Deborah L. Gordon and Deborah Gordon Law
kmogill@bignet.net

## NOTICE OF WITHDRAWAL OF MOTION TO COMPEL, ECF NO. 72

On April 23, 2021, Deborah Gordon Law filed its Motion to Compel Settlement Agreement. *See* ECF No. 72. Please take notice that Deborah Gordon Law hereby respectfully withdraws its Motion, ECF No. 72.

Respectfully submitted,

Dated: May 26, 2021

**DEBORAH GORDON LAW**
/s/Deborah L. Gordon (P27058)
Elizabeth Marzotto Taylor (P82061)
Sarah Gordon Thomas (P83935)
Molly Savage (P84472)
Attorneys for Plaintiff Dr. Amir Kaki
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com
emarzottotaylor@deborahgordonlaw.com
sthomas@deborahgordonlaw.com
msavage@deborahgordonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2021, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing and service of said documents to all parties through their counsel of record.

**DEBORAH GORDON LAW**
/s/Deborah L. Gordon (P27058)
Elizabeth Marzotto Taylor (P82061)
Sarah Gordon Thomas (P83935)
Molly Savage (P84472)
Attorneys for Plaintiff Dr. Amir Kaki
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills Michigan 48304

                                           (248) 258-2500
                                           dgordon@deborahgordonlaw.com
                                           emarzottotaylor@deborahgordonlaw.com
                                           sthomas@deborahgordonlaw.com
                                           msavage@deborahgordonlaw.com