# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: September 09, 2021

Mr. Conor Brendan Dugan
Ms. Deborah L. Gordon
Ms. Elizabeth Ann Marzotto Taylor
Mr. Matthew T. Nelson
Ms. Molly Savage
Ms. Sarah Gordon Thomas

          Re:  Case No. 21-1100/21-1161, *Amir Kaki v. Tenet Healthcare Corporation, et al*
               Originating Case No. : 2:20-cv-10004

Dear Counsel,

  The Court issued the enclosed Order today in this case.

                                        Sincerely yours,

                                        s/Ryan E. Orme
                                        Case Manager
                                        Direct Dial No. 513-564-7079

cc:  Ms. Kinikia D. Essix

Enclosure

Case No. 21-1100/21-1161

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

AMIR KAKI, M.D.

    Plaintiff - Appellee

v.

TENET HEALTHCARE CORPORATION; VHS, INC.; VHS OF MICHIGAN, INC., dba Detroit Medical Center; VHS HARPER-HUTZEL HOSPITAL, INC.; VHS SINAI-GRACE HOSPITAL, INC.; VHS DETROIT RECEIVING HOSPITAL, INC.; DR. ANTHONY TEDESCHI; SCOTT STEINER, CEO; ERIC EVANS, President; CONRAD MALLET, CEO

    Defendants - Appellants

and

JOHN LEVY

    Defendant

Upon consideration of the motion to extend time to file a response to the motion to supplement, the motion is hereby **GRANTED**. The response is due **September 13, 2021**.

                            **ENTERED PURSUANT TO RULE 45(a),**
                            **RULES OF THE SIXTH CIRCUIT**
                            Deborah S. Hunt, Clerk

Issued: September 09, 2021