UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **AMIR KAKI, et al.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**TENET HEALTHCARE CORP., et al.,**<br><br>Defendants. | 2:20-CV-10004-TGB-DRG<br><br>**ORDER REMANDING CASE TO STATE COURT AND DISMISSING WITHOUT PREJUDICE** |

    This matter is before the Court on remand from the Sixth Circuit. On June 29, 2022, the Sixth Circuit vacated this Court's Order confirming the underlying arbitration award with instructions to remand the case to state court for lack of federal subject matter jurisdiction following the Supreme Court's decision in *Badgerow v. Walters*, 142 S. Ct. 1310 (2022). ECF Nos. 98, 99. After the Sixth Circuit issued its Mandate on July 22, 2022, Plaintiffs filed their Motion to Remand to State Court. ECF No. 101. Defendants do not oppose the Motion, and agree that this Court must remand the case to state court for further proceedings. ECF No. 102.

    Therefore, the Court **GRANTS** Plaintiffs' Motion to Remand to State Court. The case is **REMANDED** to the Wayne County Circuit Court and is **DISMISSED WITHOUT PREJUDICE**.

1

**IT IS SO ORDERED.**

Dated: October 19, 2022   s/Terrence G. Berg
                                              TERRENCE G. BERG
                                              UNITED STATES DISTRICT JUDGE

## Certificate of Service

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on October 19, 2022.

                         s/A. Chubb
                         Case Manager